UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:22-CR-00057-D-1

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER |
| HERMAN BREWINGTON | |

Before the Court is the Defendant's Motion for Temporarily Release from Custody on a Compassionate Furlough so that he may attend his mother's funeral in Wilmington, North Carolina. The government takes no position on the motion.

For good cause shown, it is hereby **ORDERED** that the temporary furlough is **GRANTED** pursuant to the Court's authority under 18 U.S.C. § 3142(i). The Defendant shall be released from the Piedmont Regional Jail in Farmville, Virginia to the custody of his cousin, Charles Jacobs, at 8:00 am on December 17, 2022. The Court further hereby **ORDERS** that Mr. Jacobs is responsible for the Defendant's care and custody from 8:00 a.m. on December 17, 2022, to 1:00 am the following day, December 18, 2022—at which time the Defendant *must* return to the Piedmont Regional Jail. The Defendant shall remain in the custody of Mr. Jacobs at all times during the furlough, and his temporarily release is *not* authorized for *any* purpose other than to attend his mother's funeral.

**SO ORDERED.**

This _13_ day of December, 2022.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE